## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JUNIOR ALBERTO SANTANA RAMIREZ, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | **CIVIL ACTION** |
| WARDEN OF FEDERAL DETENTION | : | |
| CENTER PHILADELPHIA; | : | No. 26-2970 |
| MICHAEL ROSE, *et al.* | : | |
| | : | |
| Respondents. | : | |

## ORDER

**AND NOW,** this 26th day of May, 2026, upon cancellation of the show-cause hearing in this matter and following the immigration bond hearing held today, it is hereby **ORDERED** that Petitioner shall file, on or before May 29, 2026, a motion or supplemental brief addressing the following:

1. the specific relief Petitioner now seeks;

2. how the immigration judge's bond denial affects any claim in the habeas petition;

3. whether Petitioner challenges the legality of his detention under 8 U.S.C. § 1226(a), the adequacy of the custody redetermination hearing, or both;

4. whether Petitioner has or intends to appeal the bond denial to the Board of Immigration Appeals; if Petitioner has not appealed to the Board of Immigration Appeals, why this Court should consider the habeas petition before completion of that administrative review;

5. what procedures were afforded at the custody redetermination hearing; and

6.  whether Petitioner seeks any remaining relief concerning his prior transfer to Moshannon or his current place of detention.

BY THE COURT:

_____

Hon. Mia R. Perez