**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JUNIOR ALBERTO SANTANA RAMIREZ,** | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | **CIVIL ACTION** |
| **WARDEN OF FEDERAL DETENTION** | : | |
| **CENTER PHILADELPHIA,** | : | **No. 26-2970** |
| **MICHAEL ROSE,** *et al.* | : | |
| | : | |
| Respondents. | : | |

**ORDER**

**AND NOW,** this 15th day of July, 2026, upon consideration of Petitioner's Supplemental Brief in Support of Petition for Writ of Habeas Corpus (ECF No. 22) and the attached July 9, 2026 Order of the Immigration Judge (ECF No. 22-1), it is **ORDERED** that Respondents shall file a supplemental response on or before Friday, July17, 2026, at 12:00 p.m.

It is further **ORDERED** that Respondents' supplemental response shall address Petitioner's current immigration and custody status in light of the July 9, 2026 Order of the Immigration Judge. The response shall:

1. identify the statutory authority under which Petitioner is presently detained;

2. state whether the Department of Homeland Security has filed, intends to file, or has waived any appeal from the July 9, 2026 Order;

3. explain whether Respondents contend 8 U.S.C. § 1226(a) remains a valid basis for Petitioner's continued detention after Petitioner's adjustment of status; and

4.  address the Immigration Judge's statement that Petitioner was not presented for a third straight hearing and that DHS offered no explanation for his absence.

BY THE COURT:

_____

Hon. Mia R. Perez