**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JUNIOR ALBERTO SANTANA RAMIREZ,** | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | **CIVIL ACTION** |
| **WARDEN OF FEDERAL DETENTION** | : | |
| **CENTER PHILADELPHIA,** | : | **No. 26-2970** |
| **MICHAEL ROSE,** *et al.* | : | |
| | : | |
| Respondents. | : | |

**ORDER**

Upon consideration of the Petition for Writ of Habeas Corpus, Respondents' filings,

Petitioner's supplemental submission, and the immigration judge's July 9, 2026 order, and for

the reasons stated in the accompanying Memorandum, it is **ORDERED** that:

1. The Petition for Writ of Habeas Corpus is **GRANTED**.

2. Respondents shall release Petitioner Junior Alberto Santana Ramirez from immigration custody immediately.

3. Respondents are temporarily enjoined from re-detaining Petitioner for seven days following his release from custody.

4. This Order does not restrict the Department of Homeland Security's right to appeal the immigration judge's July 9, 2026 order, nor does it preclude any future detention authorized by law based on materially changed circumstances.

5. The Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

_____
Hon. Mia R. Perez